FILED

05/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0545

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0545
_____

LINDSAY B. GOUDREAU,

      Petitioner, Appellee,
      and Cross-Appellant,

v.

JEFFREY A. GOUDREAU,

      Respondent and Appellant.
_____

O R D E R

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert B. Allison, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 24 2023